## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ANDERSON DESIGN GROUP, INC.,

      Plaintiff,                              Case No.: 1:25-cv-09726

v.                                               Judge Manish S. Shah

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## <u>NOTICE OF DISMISSAL</u>

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 2 | US_Dream Metal Shop |
| 12 | MGifts |
| 14 | JoyCatA |

DATED:  September 23, 2025               Respectfully submitted,

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt
                                           IL Bar No. 6207971; FL Bar No. 1036084
                                           Keith A. Vogt PLLC
                                           15275 Collier Boulevard, Ste. 201-2061
                                           Naples, Florida 34119-6750
                                           Telephone: 312-971-6752
                                           E-mail: keith@vogtip.com

                                           ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 23, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt